**Elizabeth G. Daily, OSB 111758**
Assistant Federal Public Defender
Email: liz_daily@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:09-cr-30014-PA |
| Plaintiff, | |
| v. | MOTION FOR ORDER TO SEAL |
| **ALAN DAVID HURWITZ,** | |
| Defendant. | |

The defendant, through his attorney, Elizabeth G. Daily, respectfully moves this Court for an order sealing the Exhibits to Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) on the grounds that they contain personal identifiable information and sensitive information that should not be available on the public record.

Respectfully submitted this 30th day of April, 2020.

                                             */s/ Elizabeth G. Daily*
                                             Elizabeth G. Daily
                                             Attorney for Defendant

IT IS SO ORDERED.

DATED this _____ of April, 2020.

                                                The Hon. _____
                                                U.S. District Court Judge